FILED
U.S. DISTRICT COURT E.D.N.Y
★ FEB 29 2008 ★
BROOKLYN OFFICE

JOHNSON, J
POHORELSKY, M.J.

CR 08 132

MEMORANDUM
TO ROBERT C. HEINEMANN
U.S. DISTRICT COURT CLERK

RE: SASSO, Robert
D/VT DKT. NO.: 2:04-CR-93-03
**TRANSFER OF JURISDICTION**

By way of background, on July 14, 2005, the above-named offender appeared before the Honorable William K. Sessions III, Chief United States District Judge, District of Vermont, having pled guilty to False Statements, in violation of 18 U.S.C. § 1001. He was sentenced to Time Served, followed by two years supervised release. As special conditions of supervised release, the Court ordered the offender to: (1) not possess a firearm, destructive device, or any other dangerous weapon; (2) cooperate in the collection of DNA as directed by the probation officer; (3) not incur new credit charges or open additional lines of credit without the approval of the probation officer until the financial obligation is paid in full; (4) permit the probation officer access to any requested financial information until the financial obligation is paid in full; (5) participate in a program approved by the U.S. Probation Office for substance abuse; (6) pay a $500 fine; and (7) pay a $100 special assessment. The offender commenced supervision on July 14, 2005, and his term of supervision was scheduled to expire on July 13, 2007.

On September 14, 2006, the Court revoked the offender's term of supervised release and sentenced him to ten month imprisonment, followed by one year of supervised release. As special conditions of supervised release, the Court ordered the offender to: (1) not possess a firearm, destructive device, or any other dangerous weapon; (2) cooperate in the collection of DNA as directed by the probation officer; (3) not incur new credit charges or open additional lines of credit without the approval of the probation officer until the financial obligation is paid in full; (4) permit the probation officer access to any requested financial information until the financial obligation is paid in full; and (5) participate in a program approved by the U.S. Probation Office for mental health and substance abuse. On April 6, 2007, the offender commenced supervision in the Eastern District of New York. His term of supervised release is scheduled to expire on April 5, 2008.

The purpose of this memorandum is to advise that on February 28, 2008, the Court ordered jurisdiction be transferred from the District of Vermont to the Eastern District of New York due to the offender's noncompliance with the conditions of supervision.

RE: SASSO, Robert
D/VT DKT. NO.: 2:04-CR-93-03
Page 2

At this time, we respectfully request that the offender's case be assigned to a judicial officer in the Eastern District of New York. Attached please find two original Probation 22 forms signed by the Honorable William K. Sessions, III, U.S. District Judge, District of Vermont. Once a new judicial officer signs Part 2, Order Accepting Jurisdiction, we will return the forms to the District of Vermont, Clerk of the Court, who will proceed with the transfer of jurisdiction.

Very truly yours,

Tony Garoppolo
Chief U.S. Probation Officer


Respectfully submitted by,

_____
Margaret A. Foley
Senior U.S. Probation Officer
Date: February 29, 2008

Approved by,

_____
Lawrence Cavagnetto
Supervising U.S. Probation Officer
Date: February 29, 2008