| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 2:04-CR-93-03 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 29 2008 BROOKLYN OFFICE

CR 08 132

JOHNSON

POHORELSKY, M.J.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Sasso 14-35 26th Street Apt. 4R Astoria, NY 11102 | DISTRICT DISTRICT OF VERMONT | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. William K. Sessions III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/6/2007 — TO 4/5/2008 |

OFFENSE:

False Statements, 18 U.S.C. § 1001.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/25/08
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

/s/

3/3/08
_____
Effective Date

_____
United States District Judge