Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

U.S.A. vs Robert Sasso                                Docket No. CR-08-132

*2008 MAR -7  FILED CLERK  U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK*

### SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR

You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Robert Sasso | Male | White | 26 |

**ADDRESS (STREET, CITY, STATE)**
14-35 26th Street Apt. 4R Astoria, NY 11102

| SENTENCE IMPOSED BY | DATE IMPOSED |
|---|---|
| The Honorable Sterling Johnson Jr., Eastern District of New York | March 7, 2008 |

**DATE, TIME AND PLACE TO APPEAR:** To be scheduled
The Honorable Sterling Johnson Jr., U.S. District Court Eastern District of New York
225 Camden Plaza Brooklyn, NY 11201

CLERK: ROBERT C. HEINEMANN    (BY) DEPUTY CLERK: *Elizabeth [signature]*    DATE: MAR 07 2008

### RETURN

| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE |
|---|---|---|
| March 7, 2008 | March 7, 2008 | 1. (✓) Copy of summons given to offender in person |
| | *R. Sasso* [signature] | 2. ( ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein |

**SERVICE BY:** (Enter you name, title and business address here)

Margaret A. Foley, Sr. U.S. Probation Officer, 75 Clinton Street, Brooklyn, New York 11201

| Signature of USPO: [signature] | Date Returned to Clerk's Office: 3/7/08 | |